IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civ. No. 18-1869-CFC/CJB |
| MICRO-TECH ENDOSCOPY USA INC., MICRO-TECH (NANJING) CO., LTD., and HENRY SCHEIN INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

At Wilmington this 5th day of February, 2020, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on January 15, 2020, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 56) is adopted.

2. Defendants' motions to dismiss (D.I. 9) is denied.

                                                  _____
                                                  United States District Judge