IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 18-1869-CFC-CJB |
| MICRO-TECH ENDOSCOPY USA INC., MICRO-TECH (NANJING) CO., LTD., and HENRY SCHEIN INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 16th day of December, 2020, **REPLY EXPERT REPORT OF DR. MORTEN O. JENSEN REGARDING INVALIDITY OF UNITED STATES PATENT NOS. 7,094,245; 8,974,371; AND 9,980,725** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire FARNAN LLP 919 North Market Street, 12th Floor Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Kevin M. Flannery, Esquire DECHERT LLP Cira Centre, 2929 Arch Street Philadelphia, PA 19104 | VIA ELECTRONIC MAIL |
| Robert D. Rhoad, Esquire DECHERT LLP 502 Carnegie Center Drive, Suite 104 Princeton, NJ 08549 | VIA ELECTRONIC MAIL |

{01423550;v1 }

Vi Tran, Ph.D.                                    <u>VIA ELECTRONIC MAIL</u>
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036


                                                  ASHBY & GEDDES

*Of Counsel:*                                     */s/ Andrew C. Mayo*

                                                  _____
Steven J. Routh                                   John G. Day (#2403)
T. Vann Pearce, Jr.                               Andrew C. Mayo (#5207)
Christopher Higgins                               500 Delaware Avenue, 8th Floor
ORRICK, HERRINGTON & SUTCLIFFE LLP                P.O. Box 1150
Columbia Center                                   Wilmington, DE  19899
1152 15th Street, N.W.                            (302) 654-1888
Washington, DC  20005-1706                        jday@ashbygeddes.com
(202) 339-8400                                    amayo@ashbygeddes.com

Yufeng (Ethan) Ma                                 *Attorneys for Defendants*
ORRICK, HERRINGTON & SUTCLIFFE LLP
47/F Park Place
1601 Nanjing Road West
Shanghai, 200040
People's Republic of China
86-21-6109-7108

Dated:  December 21, 2020

{01423550;v1 }                         2