**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CA No. 18-1869-CFC-CJB |
| MICRO-TECH ENDOSCOPY USA INC., MICRO-TECH (NANJING) CO., LTD., and HENRY SCHEIN INC., | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) | |

**PLAINTIFFS' NOTICE OF DEPOSITION OF DR. MORTON O. JENSEN**

Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc. ("Boston Scientific"), by and through their counsel, hereby give notice that they will take the deposition of Dr. Morton O. Jensen, commencing on January 11, 2021, at 9:00 AM EST. The witness will testify remotely from his location in Arkansas and all counsel will appear remotely. The deposition will be taken before a duly qualified Notary Public or other officer authorized by law to administer oaths, and shall be for the purpose of discovery, or use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. The deposition will be recorded stenographically and videorecorded remotely, and the stenographic method may include instant visual display of testimony.

DATED: January 4, 2021

Respectfully submitted,

**FARNAN LLP**

*Of Counsel:*

Kevin M. Flannery
Joseph J. Gribbin (DE Bar #5677)
Daniel Roberts
**DECHERT LLP**
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104
(215) 994-2000
kevin.flannery@dechert.com
joseph.gribbin@dechert.com
daniel.roberts@dechert.com

Robert D. Rhoad
**DECHERT LLP**
502 Carnegie Center Drive, Suite #104
Princeton, New Jersey 08540
(609) 955-3200
robert.rhoad@dechert.com

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301

*Attorneys for Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc.*

2