# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICRO-TECH ENDOSCOPY USA INC., MICRO-TECH (NANJING) CO., LTD., and HENRY SCHEIN INC., <br><br> Defendants. | C.A. No. 18-cv-1869-SB-CJB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Delaware Local Rule 83.7, the appearance of Joseph J. Gribbin of Dechert LLP as counsel for Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc. is hereby withdrawn. Dechert LLP and Farnan LLP will continue to represent Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc.

| | |
|---|---|
| Dated: May 24, 2021 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |
| Kevin M. Flannery <br> Daniel Roberts <br> DECHERT LLP <br> Cira Centre, 2929 Arch St. <br> Philadelphia, PA 19104 <br> (215) 994-2000 <br> kevin.flannery@dechert.com <br> joseph.gribbin@dechert.com <br> daniel.roberts@dechert.com <br><br> Robert D. Rhoad <br> DECHERT LLP <br> 502 Carnegie Center Drive, Suite #104 <br> Princeton, New Jersey 08549 <br> (609) 955-3200 <br> robert.rhoad@dechert.com | /s/ Brian E. Farnan <br> Brian E. Farnan (#4089) <br> Michael J. Farnan (#5165) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> Tel. (302) 777-0300 <br> Fax (302) 777-0301 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br><br><br><br><br> *Attorneys for Plaintiffs* |